UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-FLINT

**UNITED STATES OF AMERICA,**
Plaintiff,

v.

**D-1: JAMES KILLINGSWORTH**, and
**D-2: BILLIE JO KILLINGSWORTH,**
Defendants.
_____/

Case: 4:12-cr-20742
Judge: Drain, Gershwin A.
MJ: Hluchaniuk, Michael J.
Filed: 11-14-2012 At 02:41 PM
INFO James Killingsworth (2dfts) (dw)

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT ONE
[embezzlement of union funds; 29 U.S.C. § 501(c)]

That from about January 30, 2008, until about June 21, 2010, in the Eastern and Western Districts of Michigan, JAMES KILLINGSWORTH and BILLIE JO KILLINGSWORTH, while officers of Communications Workers Local 84555, a labor organization engaged in an industry affecting interstate commerce, willfully and knowingly did embezzle, and aid and abet each other to embezzle sums of money belonging to such labor organization totaling about $19,197.02, by making unauthorized ATM and cash withdrawals from the labor organization's bank account and using these moneys for their personal expenses, all in violation of Section 501(c)

of Title 29, United States Code and Section 2 of Title 18, United States Code.

                                                        BARBARA L. McQUADE
                                                        United States Attorney

Dated: <u>November 14, 2012</u>        <u>s/ ROBERT W. HAVILAND (P25665)</u>
                                                        Assistant United States Attorney
                                                         600 Church Street
                                                         Flint, MI  48502    (810)766-5031

                                                         <u>s/ CRAIG WININGER (P57058)</u>
                                                         Assistant United States Attorney
                                                         Chief, Branch Offices

Case 4:12-cr-20742-GAD-MJH    ECF No. 1    filed 11/14/12    PageID.2    Page 2 of 3

Companion Case information MUST be completed by AUSA and initialed

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to comple

Case: 4:12-cr-20742
Judge: Drain, Gershwin A.
MJ: Hluchaniuk, Michael J.
Filed: 11-14-2012 At 02:41 PM
INFO James Killingsworth (2dfts) (dw)

**Reassignment/Recusal Information** This matter was ope

| **Companion Case Information** | Companion Case Number: |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | Judge Assigned: |
| ☐ Yes    ☐ No | AUSA's Initials: |

**Case Title:** USA v. James Killingsworth and Billie Jo Killingsworth

**County where offense occurred:** Livingston

**Check One:**    ☒ Felony    ☐ Misdemeanor    ☐ Petty

____Indictment/ _X_ Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [Case number: _____]
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____    **Judge:** _____
  ☐  Original case was terminated; no additional charges or defendants.
  ☐  Corrects errors; no additional charges or defendants.
  ☐  Involves, for plea purposes, different charges or adds counts.
  ☐  Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

November 14, 2012
    Date

s/ ROBERT W. HAVILAND
Assistant United States Attorney
600 Church Street, 2nd Floor, Flint, MI 48502
Phone: 810-766-50341
Fax: 810-766-5427
robert.haviland@usdoj.gov
P-25665

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, *and the cases arise out of the same transaction or occurrence.* Cases may be companion cases even though one of them may have already been terminated.

10/13/09